# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-CV-00437-SOM-WRP |
| CASE NAME: | Berkshire Hathaway Direct Insurance Company v. The Kidani Law Firm |
| ATTY FOR PLA: | *Richard Charles Mosher, Esq. |
| ATTY FOR DEFT: | *Craig K. Furusho, Esq.<br>*Mark S. Kawata, Esq. |

| | | | |
|---|---|---|---|
| JUDGE: | Wes Reber Porter | REPORTER: | AT&T/Confidential |
| DATE: | 10/14/2021 | TIME: | 11:26 a.m. – 11:35 a.m. |

COURT ACTION:   EP:   TELEPHONIC SETTLEMENT ON THE RECORD

Mr. Richard Mosher appeared for the plaintiff.

Mr. Craig Furusho, Mark Kawata and client representative Mrs. Penny Kidani appeared for the defendant.

The Court held a Telephonic Settlement on the Record. (Confidential)

Counsel stated the key terms on the record.

The Court found that the parties have entered into a valid and enforceable settlement.

The settlement terms are to remain confidential. The audio and transcript of this hearing shall be sealed.

Stipulation for Dismissal shall be submitted to mollway_orders@hid.uscourts.gov no later than November 29, 2021.

All dates and deadlines, including trial, are VACATED.

*Submitted by:  Juliet Parker, Courtroom Manager*