RICHARD C. MOSHER              1203-0
JOHN-ANDERSON L. MEYER         8541-0
MENGMENG ZHANG                 (*pro hac vice*)

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i   96813-3689
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
E-mail:  dick.mosher@dentons.com
E-mail:  anderson.meyer@dentons.com
E-mail:  mengmeng.zhang@dentons.com

Attorneys for Plaintiff and
Counterclaim-Defendant
BERKSHIRE HATHAWAY
DIRECT INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY, a Nebraska corporation,<br><br>　　　　　Plaintiff<br><br>　　vs.<br><br>THE KIDANI LAW FIRM, A LAW CORPORATION, a Hawaii corporation,<br><br>　　　　　Defendant.<br><br>*[Caption continued on next page]* | Case No. CV 20-00437 SOM-WRP<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES**<br><br><br><br>Judge:  Magistrate Judge Wes Reber Porter<br><br>Trial Date:  March 15, 2022<br>Trial Judge:  District Judge Susan Oki Mollway |

| | |
|---|---|
| KIDANI LAW FIRM, A LAW CORPORATION, a Hawaii corporation,<br><br>    Counter-Claimant,<br><br> vs.<br><br>BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY, a Nebraska corporation<br><br>    Counterclaim-Defendant | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES**

IT IS HEREBY STIPULATED pursuant to Rule 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure and LR 41.1, by and between Plaintiff/Counterclaim-Defendant BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY, a Nebraska corporation ("Plaintiff"); and Defendant/Counter-Claimant THE KIDANI LAW FIRM, A LAW CORPORATION, a Hawaii corporation ("Defendants"), that:

  1. All claims and parties are dismissed with prejudice.

  2. No other claims, parties, or issues remain in this action by and among the undersigned parties.

  3. This Stipulation is signed by all parties who have appeared and remain in this action.

  4. Each party shall bear its own costs and attorneys' fees.

DATED: Honolulu, Hawai`i,    January 18, 2022

/s/ John-Anderson L. Meyer
RICHARD C. MOSHER
JOHN-ANDERSON L. MEYER
MENGMENG ZHANG
Attorneys for Plaintiff and Counterclaim-Defendant
BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY

/s/ Craig K. Furusho
CRAIG K. FURUSHO
MARK S. KAWATA
Attorneys for Defendant and Counter-Claimant
THE KIDANI LAW FIRM, A LAW CORPORATION

APPROVED AS TO FORM:



/s/ Susan Oki Mollway
Susan Oki Mollway
Senior United States District Judge

*Berkshire Hathaway Direct Insurance Company v. The Kidani Law Firm, a Law corporation*; Case No. CV 20-00437 SOM-WRP, United States District Court for the District of Hawaii; **STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES**

3